USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                             :
ANDREW ARNOLD,                            :
                                             :
                            Plaintiff,     :     09 Civ. 7932 (DLC)
                  -v-                            :
                                             :
BETH ABRAHAM HEALTH SERVICES, INC.,     :     ORDER
YONI KONO, MAUREEN CONNOLLY, KERI        :
FRAZIER-WHITE, and 1199 SEIU,           :
                                             :
                            Defendants.    :
----------------------------------------X

DENISE COTE, District Judge:

On January 27, 2010, counsel for Beth Abraham Health Services, Inc., Yoni Kono, Maureen Connolly, and Keri Frazier-White (the "Beth Abraham Defendants") wrote a letter requesting clarification on how to proceed in this action. On January 21, 2010, the pro se plaintiff filed his amended complaint, and the Beth Abraham Defendants acknowledge that they were served with the amended complaint on January 22. It is hereby

ORDERED that the Beth Abraham Defendants shall answer or move with respect to the amended complaint by **February 19, 2010**.

IT IS FURTHER ORDERED that the remaining defendant, 1199 SEIU, shall also file its responsive pleading by **February 19, 2010**, assuming that the plaintiff served the amended complaint on 1199 SEIU on or before January 29, 2010.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by

sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated: New York, New York
January 28, 2010

DENISE COTE
United States District Judge

COPIES SENT TO:

Andrew Arnold  
1964 Nereid Avenue  
Bronx, NY 10466

Richard Dorn  
Levy Ratner, P.C.  
80 Eighth Avenue, 8th Floor  
New York, NY 10011

Amanda M. Betman  
Jones Day  
222 East 41st Street  
14th Floor  
New York, NY 10017